IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| HARBOR ESTATES LLC, *et al.* | * | |
| Plaintiffs | * | Civil Action No. |
| v. | | 05-cv-02033-WMN |
| | * | |
| EDWARD V. GIANNASCA, II, *et al.* | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Harbor Estates LLC, CS Baltimore LLC and Midtown Baltimore LLC, by their undersigned attorneys, hereby stipulate and agree that all claims in this case should be, and they are hereby, dismissed with prejudice.

_____
James P. Ulwick
Jean E. Lewis
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269